**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 06-00204-01-CR-W-GAF** |
| | ) | |
| **JAMES E. GILLIAM, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence. On November 7, 2006, United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing. On December 20, 2006, United States Magistrate Judge Hays issued her Report and Recommendation, and on January 4, 2007, Defendant filed his Objections to the Report and Recommendation.

Upon careful and independent review of the pending motion, and Defendant's objections, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED:    January 8, 2007